

F I L E D
MAY 21 2008
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Carl R. Menefee, Sr. ) | |
| Plaintiff, ) | 08CV2948 |
| v. ) | JUDGE LEINENWEBER |
| City of Country Club Hills ) | MAG. JUDGE VALDEZ |
| Defendant. ) | |

## COMPLAINT OF JUSTICE SYSTEM IMPROVEMENT ACT

1. This is an action for failure to comply with the Justice System Improvement Act (JSIA).

2. The Plaintiff is Carl R. Menefee, Sr. of the county of Cook in the state of Illinois.

3. The Defendant is City of Country Club Hills, 4200 W. 183rd Street, Country Club Hills, Illinois 60478. Telephone number 708.798.2616.

4. The Plaintiff sought employment at the Defendant's address in August of 2004.

5. The Plaintiff signed the Defendant's consent form on September 29, 2004. "Exhibit A."

6. The Defendant obtained Plaintiff's Federal and State (IL) criminal history information.

7. The City of Zion issued the Defendant a subpoena involving an unrelated administrative proceedings before the Illinois Human Rights Commission on January 8, 2008. "Exhibit B."

8. The Plaintiff obtained evidence that the Defendant produced and provided without consent copies of Plaintiff's criminal history information on May 15, 2008. "Exhibit C."

9. The Defendant is a municipal governmental agency.

10. Jurisdiction over the statutory violation alleged is conferred for the J.S.I.A. by 42 U.S.C.~3789g Confidentiality of Information.

11. The facts supporting the Plaintiff's claim of the Defendant's failure to comply with the J.S.I.A. are as follows:

   A. ISSUE/BASIS

   FAILURE TO COMPLY WITH J.S.I.A. ON OR ABOUT FEBRUARY 20, 2008, BY PRODUCING AND PROVIDING WITHOUT CONSENT IMMUNE COPIES OF FEDERAL AND STATE (IL) CRIMINAL HISTORY INFORMATION IN AN UNRELATED ADMINISTRATIVE PROCEEDING.

   B. PRIMA FACIE ALLEGATIONS

   1. Plaintiff gave the Defendant consent to conduct a background check for the Director position on September 29, 2004.

   2. The Defendant obtained Plaintiff's Federal and State (IL) criminal history information to evaluate for the Director position.

   3. On May 15, 2008, Plaintiff received evidence that Defendant produced and provided to the City of Zion without consent copies of his Federal and State (IL) criminal history information.

   4. On February 20, 2008, Defendant conveyed immune criminal information to the City of Zion in response to the January 8, 2008, Illinois Human Rights Commission subpoena No. 2897, in the matter of *Menefee v. Zion* 2005CA2865.

   5. The Defendant violates the statute 42 U.S.C.-3789g by producing and providing immune criminal information without consent, information that was obtained for the purpose of employment with the Defendant in August of 2004.

12. The Plaintiff demands a jury trial.

2

THEREFORE, the Plaintiff prays that if available, grant appropriate injunctive relief, punitive damages, pre and post-judgment interest, court cost, and any such relief as the Court may find appropriate.

_Carl R. Menefee, Sr._
Carl R. Menefee, Sr.

_05-21-08_
Date

3517 Birchwood Drive
Hazel Crest IL 60429
708.335.0238



# COUNTRY CLUB HILLS
# POLICE DEPARTMENT
### 3700 W. 175th PLACE
## COUNTRY CLUB HILLS, IL 60478

Mayor  
Dwight W. Welch

Chief of Police  
William A. Brown

PH:(708) 798-3191   FAX: (708) 798-1211

## AUTHORIZATION TO RELEASE INFORMATION
(Personal Inquiry Waiver)

**TO WHOM IT MAY CONCERN:**

I respectfully request and authorize you to furnish the Country Club Hills Police Department with any and all information that you may have concerning me, my employment (work) and educational records, my reputation, and my financial and credit status. Please include any and all medical, physical and metal records and reports, including all information of a confidential or privileged nature, and photocopies of same, if possible. Your cooperation in this reply will be used to assist the Department in determining my qualifications and fitness for the position I am seeking with the City of Country Club Hills.

I hereby release you, your organization and others from any liability or damage which may result from furnishing the information requested.

x _Carl R. Menjer Sr._____  
Applicant's Signature

_09/29/2004_____  
Date

I hereby authorize the release of my Military Service Records (including medical, physical and mental health records and reports) to the Country Club Hills Police Department. Country Club Hills, Illinois.

Date:_____   Signature:_____

Service Number:_____

Subscribed and sworn to before me on this _____ day of _____.

_____  
Notary Public for State of Illinois

Note: A photocopy reproduction of this request shall be, for all intents and purposes, as valid as the original. You may retain this form for your files.



PLAINTIFF'S EXHIBIT A

SUBPOENA FOR DOCUMENTS  N⁰ 2897
TO NON-PARTY

STATE OF ILLINOIS
HUMAN RIGHTS COMMISSION

**PLAINTIFF'S EXHIBIT B**

Carl R. Menefee, Sr.,

v.

City of Zion

CHARGE NO. 2005CA2865

To: City of Country Club Hills
Attn: City Clerk
4200 W. 183rd Street
Country Club Hills, IL 60478

E.E.O.C. NO. 21 BA 51641

ALS NO. 07-457

YOU ARE HEREBY REQUIRED AND DIRECTED TO PRODUCE AND PROVIDE at 415 W. Washington St., Suite 202 in the City of Waukegan, Illinois on the 12th day of February, 20 08 at 9 o'clock a.m. of that day for the purposes of examination and copying, the following books, payrolls, records, correspondence, documents, papers or other evidence:

SEE ATTACHED RIDER

WITNESS: A Commissioner of the Illinois Human Rights Commission has authorized issuance hereof, this 8th day of January, 2008

Atty. No.     0047643
Name          Donald W. Anderson
Attorney for  City of Zion
Address       415 W. Washington St., Suite 202
City/Zip      Waukegan, IL 60085
Telephone     847-244-8682

Certified Article Number
7160 3901 9845 3569 0435
SENDERS RECORD

RETURN OF SERVICE

I hereby certify that, being a person over 18 years of age, I duly served a copy of the within subpoena
☐ in person   ☐ by registered mail   ☒ by certified mail   ☐ by leaving copy at principal office or place of business, to wit: _____

on the person named herein on January 9, 2008
(month, day and year)

(Person making service)

Subscribed and sworn before me this 9th day of January, 20 08

Notary public: Mary Misic

"OFFICIAL SEAL"
MARY MISIC
Notary Public, State of Illinois
My Commission Expires Feb. 17, 2008

White:  Witness
Yellow: Commission
Pink:   Serving Party



| | | |
|---|---|---|
| Diamond Bush<br>DiCianni<br>& Krafthefer | A Professional Corporation<br>415 Washington Street, Suite 202<br>Waukegan, IL 60085<br>www.ancelglink.com | Donald W. Anderson<br>danderson@ancelglink.com<br>(P) 847.244.8682, Ext. 239<br>(F) 847.244.8671 |

May 12, 2008

<u>By Certified Mail, Return Receipt Requested</u>
Carl R. Menefee, Sr.
3517 Birchwood Drive
Hazel Crest, Illinois 60429

Re:   Menefee v. City of Zion
      Charge No. 2005CA2865
      ALS No. 07-457

Dear Mr. Menefee:

Per your request, enclosed are the following documents:

1)   A copy of the subpoena served on the City of Country Club Hills;

2)   A copy of the letter sent to the Human Rights Commission evidencing service of the subpoena;

3)   A copy of the return receipt evidencing service of the subpoena;

4)   A copy of the documents received from the City of Country Club Hills pursuant to the subpoena;

5)   A copy of the FedEx Airbill showing delivery of the documents sent pursuant to the subpoena.

Very truly yours,

*/s/ Donald W. Anderson*

Donald W. Anderson

Enclosure

CHICAGO • WAUKEGAN • NAPERVILLE • CRYSTAL LAKE

PLAINTIFF'S EXHIBIT C