

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Carl R. Menefee, Sr.
(Please print)

**STREET ADDRESS:** 3517 Birchwood Drive

**CITY/STATE/ZIP:** Hazel Crest, IL 60429

**PHONE NUMBER:** 708.335.0238

**CASE NUMBER:** 08CV2948
JUDGE LEINENWEBER
MAG. JUDGE VALDEZ

_Carl R. Menefee, Sr._
Signature

05-21-08
Date

FILED
MAY 21 2008

MAY 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT