**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                   Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL           APPOINTED COUNSEL |

12328-TRW,MMP     F:\Trw\12328\pldgs\CertService_AttyAppearance_TRW-060608.wpd   ATTY # 06184955 U.S. District Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL R. MENEFEE, SR., | No. 08C002948 |
| Plaintiff, | |
| vs. | Judge Leinenweber |
| CITY OF COUNTRY CLUB HILLS, | Magistrate Judge Valdez |
| Defendant. | |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, an attorney, hereby certifies that he caused the attached **Attorney Appearance**, to be served upon counsel of record in the above captioned matter at the addresses listed on this certificate of service by regular U.S. Mail on this **6th** day of **June, 2008.**

Carl R. Menefee, Sr.
3517 Birchwood Drive
Hazel Crest, IL 60429


By:   /s/ Thomas R. Weiler
            Thomas R. Weiler


NORTON, MANCINI & WEILER
Attorneys for Defendant, CITY OF COUNTRY CLUB HILLS
111 West Washington Street, Suite 835
Chicago, IL 60602-2793
(312) 807-4999
Attorney No. 06184955