12328-TRW,MMP             F:\Trw\12328\pldgs\NOM070808.wpd             ATTY # U.S. District Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL R. MENEFEE, SR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF COUNTRY CLUB HILLS, <br><br> Defendant. | No. 08C002948 <br><br> Judge Leinenweber <br><br> Magistrate Judge Valdez |

## NOTICE OF MOTION

On the **17th** of **July, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Leinenweber** or any judge sitting in his stead, in **Courtroom 1941**, the courtroom usually occupied by him in the United States District Court fo the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the attached **Motion to Dismiss**, at which time and place you may appear as you see fit to do.

Respectfully submitted,

NORTON, MANCINI & WEILER

By: /s/ Thomas R. Weiler
　　　Thomas R. Weiler

NORTON, MANCINI & WEILER
Attorneys for Defendant, CITY OF COUNTRY CLUB HILLS
111 West Washington, Suite 835
Chicago, IL  60602-2793
312-807-4999        Attorney No. 06184955

## CERTIFICATE OF SERVICE

     PLEASE TAKE NOTICE that the undersigned, an attorney, hereby certifies that he caused the attached **Notice of Motion to Dismiss**, to be served upon counsel of record in the above captioned matter at the addresses listed on this certificate of service by regular U.S. Mail on this **8th** day of **July, 2008.**

Carl R. Menefee, Sr.
3517 Birchwood Drive
Hazel Crest, IL 60429


          By: /s/ Thomas R. Weiler
               Thomas R. Weiler


NORTON, MANCINI & WEILER
Attorneys for Defendant, CITY OF COUNTRY CLUB HILLS
111 West Washington Street, Suite 835
Chicago, IL 60602-2793
(312) 807-4999
Attorney No. 06184955