# United States District Court

## Northern District of Illinois

Eastern Division

Carl Menefee, Sr.                      **JUDGMENT IN A CIVIL CASE**

       v.                                        Case Number: 08 C 2948

City of Country Club Hills

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the motion to dismiss by defendant, City of Country Club Hills is granted.

                                                 Michael W. Dobbins, Clerk of Court

Date: 8/5/2008                              _____

                                                   /s/ Wanda A. Parker, Deputy Clerk